UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/2024

AGIM QOSAJ,

                Plaintiff,

-against-

GAZI REALTY LLC and GAZIVODA MANAGEMENT LLC,

                Defendants.

1:23-cv-07048-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall file a joint status letter by February 6, 2024, one week in advance of the status conference scheduled for February 13, 2024 at 2:30 PM, advising the Court of the status of discovery and any pending disputes.

**SO ORDERED.**

Date: January 30, 2024
New York, NY

*[signature]*

**MARY KAY VYSKOCIL**
**United States District Judge**