USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2024

**Weinberger & Weinberger, LLP**
**Attorneys at Law**

630 Third Avenue, 18th Floor
New York, New York 10017
Tel: (212) 867-9595
Fax: (212) 949-1857

Stuart A. Weinberger (N.Y. & N.J.)
Helene C. Weinberger (N.Y.)

January 30, 2024

<u>Via ECF</u>
Honorable Judge Mary Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10017

   Re:  <u>Qosaj v. Gazi Realty LLC, et al (23-CV-07048)</u>

Dear Hon. Judge Vyskocil,

      This firm represents Defendant Gazi Realty LLC and Gazivoda Management LLC in the above referenced matter. I write to respectfully request an adjournment of the status conference currently scheduled to be held before Your Honor on February 13, 2024. The reason for the request is that counsel for Defendants is unavailable on that date. In addition, the parties have had ongoing discussions regarding a potential resolution to the case, and we are scheduled to participate at a mediation on February 29, 2024. In the meantime, the parties are working cooperatively, and are currently in the process of responding to each other's discovery demands. There are no outstanding discovery disputes. Accordingly, we respectfully request that the status conference before Your Honor be adjourned to a date and time that is convenient for the court that falls after the February 29th mediation. All parties are hopeful that a resolution can be reached at or before the mediation, which would obviate the need for a future conference.

      This is the first request for an adjournment of the conference. I have conferred with Mr. Abdul Hassan, Esq., and he consents to this request. Should the request be granted, no future deadlines or appearances would be affected.

      Thank you for your time and consideration regarding this matter.

Very truly yours,

_____/S/_____
Stuart Weinberger, Esq

**GRANTED. The status conference scheduled for February 13, 2024 is ADJOURNED to March 12, 2024 at 10:30 AM. The parties are DIRECTED to file a status letter by March 5, 2024 advising the Court of the status of the action, including the status, but not the substance, of the February 29, 2024 mediation. SO ORDERED.**

Date: 1/30/2024
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge