```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGIM QOSAJ,

                Plaintiff,

-against-

GAZI REALTY LLC and GAZIVODA MANAGEMENT LLC,

                Defendants.

1:23-cv-07048-MKV

**ORDER OF DISMISSAL**

**MARY KAY VYSKOCIL, United States District Judge:**

    The Court is in receipt of a Report of the Mediator informing the Court that the parties have reached a settlement in principle. [ECF No. 24]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by April 1, 2024. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: March 1, 2024**
       **New York, NY**

                                                     */s/ Mary Kay Vyskocil*
                                               **MARY KAY VYSKOCIL**
                                               **United States District Judge**